**Order entered November 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00421-CR

**GEVAN KEITH LORING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-55487-N**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for the trial court to hold a hearing on State's Exhibit 1. On October 2, 2018, the trial court held a hearing. On October 23, 2018, a supplemental reporter's record of the hearing, a duplicate copy of State's Exhibit 1, and the trial court's findings were filed. We **ADOPT** the trial court's findings that (1) State's Exhibit #1 has been lost or destroyed; (2) the exhibit was replaced by agreement of the parties; (3) at the October 2, 2018 hearing, a digital video disc was admitted into evidence; and (4) the parties agreed that the video file was an accurate copy of the State's Exhibit #1. The reporter's record appears to be complete.

Appellant's brief is due December 5, 2018.

/s/     CRAIG STODDART
JUSTICE